# United States District Court

MIDDLE ~~RECEIVED~~ DISTRICT OF PENNSYLVANIA
~~SCRANTON~~

MARK GARNES,
    Plaintiff,
    v.

JANET RENO, et al.
    Defendant.

APR 17 2000

PER _____ DEPUTY CLERK

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: **1:CV00-0700**

I, **Mark Garnes**, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] respondent/defendant
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

    Deprivation of Constitutional Rights

FILED SCRANTON
APR 18 2000
PER _____ DEPUTY CLERK

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes [x]  No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

       $5.25 mthly, U.S. Bureau of Prisons, FCI Allenwood
       P.O. Box 2000, White Deer, Pa. 17887

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment  Yes [ ]  No [x]
   b. Rent payments, interest or dividends?  Yes [ ]  No [x]
   c. Pensions, annuities or life insurance payments?  Yes [ ]  No [x]
   d. Gifts or inheritances?  Yes [ ]  No [x]
   e. Any other sources?  Yes [ ]  No [x]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   
   **Approx. $1.00, Prison Account**

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   
   **NONE AT THIS TIME**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 23, 2000__        _____
(Date)                                    Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 6.49 on account to his credit at the __FCI Allenwood__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __N/A__

I further certify that during the last six months the applicant's average balance was $ 9.57

3/29/00          _Michelle Mertz, Legal Assistant_
                 Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____  United States Judge   Date | _____  _____  United States Judge   Date  or Magistrate |

```
03-28-2000 16:19       547 7075                FCC ALW FIN MGT
```

ACCOUNT
STATEMENT

DATE 03/28/00
PAGE No. 01

Account # 24646853

BARNES, MARK
3B

INMATE REQUESTING FUNDS BE UPLOADED TO BROOKLYN WHILE ON WRIT (3/3/99) PER PHONE
CALL FROM COUNSELOR (BACK TO ALW 8/19/99)

| ----BEGINNING---- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 73.25 | .00 | .00 | .00 | 73.25 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000021 | 6:33 | 10-08-99 | SALE / REGULAR | 24.50- | 48.75 |
| 000024 | 7:15 | 10-15-99 | SALE / REGULAR | 8.00- | 40.75 |
| T01152 | 12:39 | 10-18-99 | MONEY ORDER | 50.00 | 90.75 |
| 000162 | 10:20 | 10-22-99 | SALE / REGULAR | 20.00- | 70.75 |
| 000045 | 16:01 | 10-27-99 | SALE / REGULAR | 70.25- | .50 |
| NOV99P | 8:31 | 12-09-99 | PERFORMANCE PAY | 5.25 | 5.75 |
| 01FEE1 | 20:12 | 12-09-99 | DEPOSIT ITS FUNDS | 5.00- | .75 |
| T04287 | 13:58 | 12-13-99 | MONEY ORDER | 100.00 | 100.75 |
| PLRA | 15:13 | 12-13-99 | ENC. / DISCIPLINE | 19.15- | 100.75 |
| 024FCC | 20:30 | 12-13-99 | DEPOSIT ITS FUNDS | 5.00- | 95.75 |
| 000046 | 16:48 | 12-15-99 | SALE / REGULAR | 76.42- | 19.33 |
| T04505 | 12:18 | 12-16-99 | MONEY ORDER | 30.00 | 49.33 |
| PLRA | 7:12 | 12-17-99 | ENC. / DISCIPLINE | 6.00- | 49.33 |
| 029808 | 18:44 | 12-17-99 | DEPOSIT ITS FUNDS | 5.00- | 44.33 |
| 029831 | 8:03 | 12-18-99 | DEPOSIT ITS FUNDS | 4.00- | 40.33 |
| 02B308 | 12:46 | 12-19-99 | DEPOSIT ITS FUNDS | 5.00- | 35.33 |
| 02EE35 | 17:33 | 12-22-99 | DEPOSIT ITS FUNDS | 5.00- | 30.33 |
| T05354 | 10:28 | 12-23-99 | DOMESTIC CHECK | 75.00 | 105.33 |
| 03129A | 20:43 | 12-24-99 | DEPOSIT ITS FUNDS | 5.00- | 100.33 |
| PLRA | 15:22 | 12-27-99 | ENC. / DISCIPLINE | 15.00- | 100.33 |

**** TRANSACTION TOTAL ****    27.08

*[handwritten: $54.69]*
*[handwritten: Nov $.50]*
*[handwritten: $45.04]*

| ----ENDING---- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 14.82- | 40.15 | 75.00 | .00 | 100.33 |

```
03-28-2000 16:06        547 7075                    FCC ALW FIN MGT
```

ACCOUNT STATEMENT

FCI ALLENWOOD*LIIMITED OFFICAL USE　　　　DATE 03/28/00
P. O. BOX 2500　　　　　　　　　　　　　　PAGE No. 01
WHITE DEER, PA 17887
717-547-7950

Account # 24646053

GARNES, MARK
38

INMATE REQUESTING FUNDS BE UPLOADED TO BROOKLYN WHILE ON WRIT (3/3/99) PER PHONE CALL FROM COUNSELOR (BACK TO ALW 8/19/99)

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 14.82- | 40.15 | .00 | .00 | 25.33 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DEC00P | 12:07 | 01-06-00 | PERFORMANCE PAY | 5.25 | 30.58 |
| PLRA | 11:13 | 01-07-00 | ENC. / DISCIPLINE | 40.15 | 30.58 |
| P-2550 | 11:52 | 01-07-00 | COMMISSARY FORM | 40.15- | 9.57- |
| 046782 | 16:59 | 01-12-00 | DEPOSIT ITS FUNDS | 3.00- | 12.57- |
| 000026 | 17:11 | 01-13-00 | SALE / REGULAR | 57.50- | 70.07- |
| 048FA7 | 21:00 | 01-14-00 | DEPOSIT ITS FUNDS | 4.00- | 74.07- |
| 707119 | 13:42 | 01-24-00 | MONEY ORDER | 50.00 | 24.07- |
| PLRA | 15:19 | 01-24-00 | ENC. / DISCIPLINE | 9.05- | 24.07- |
| 05ADEC | 20:07 | 01-31-00 | DEPOSIT ITS FUNDS | 1.00- | 25.07- |
| JAN00P | 8:13 | 02-03-00 | PERFORMANCE PAY | 8.28 | 16.79- |
| 000014 | 16:54 | 02-03-00 | SALE / REGULAR | 36.25- | 53.04- |
| 05C018 | 17:49 | 02-03-00 | DEPOSIT ITS FUNDS | 3.00- | 56.04- |
| PLRA | 13:17 | 02-04-00 | ENC. / DISCIPLINE | 9.05 | 56.04- |
| P-8731 | 13:25 | 02-04-00 | COMMISSARY FORM | 9.05- | 65.09- |
| 05FB77 | 21:34 | 02-05-00 | DEPOSIT ITS FUNDS | 3.00- | 68.09- |
| 062F38 | 22:57 | 02-06-00 | DEPOSIT ITS FUNDS | 3.00- | 71.09- |
| 062FB9 | 23:14 | 02-06-00 | DEPOSIT ITS FUNDS | 3.00- | 74.09- |
| 706614 | 13:06 | 02-10-00 | MONEY ORDER | 40.00 | 34.09- |
| PLRA03 | 13:49 | 02-10-00 | ENC. / DISCIPLINE | 7.66- | 34.09- |
| 06CD46 | 17:04 | 02-10-00 | DEPOSIT ITS FUNDS | 10.00- | 44.09- |
| 06F6RE | 21:47 | 02-20-00 | DEPOSIT ITS FUNDS | 8.00- | 52.09- |
| 073SE4 | 22:20 | 02-24-00 | DEPOSIT ITS FUNDS | 5.00- | 57.09- |
| 076789 | 21:37 | 02-27-00 | DEPOSIT ITS FUNDS | 5.00- | 62.09- |
| 07AE91 | 19:00 | 03-03-00 | DEPOSIT ITS FUNDS | 5.00- | 67.09- |
| FEB00P | 18:06 | 03-06-00 | PERFORMANCE PAY | 6.24 | 60.85- |
| PLRA03 | 9:05 | 03-08-00 | ENC. / DISCIPLINE | 7.66 | 60.85- |
| P-2954 | 9:13 | 03-08-00 | COMMISSARY FORM | 7.66- | 68.51- |
| 706354 | 10:25 | 12-23-99 | DOMESTIC CHECK | 75.00 | 6.49 OK |

Handwritten annotations: -29.27, -6.05, 61.35

**** TRANSACTION TOTAL ****     18.84-

| ENDING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 6.49 | .00 | .00 | .00 | 6.49 |