⑤
5/4/00
PA
Cudney/Schneder

Mark A. Garnes
Reg. No. 24646-053
P.O. Box 7000-5812
Fort Dix, N.J.
　　　　　08640

April 28th, 2000

Clerk of the Court
United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
　P.O. Box 1148
Scranton, PA. 18501



FILED
SCRANTON
MAY - 4 2000
PER _____ DEPUTY CLERK

RE: Mark Garnes v. Janet Reno, et al.  1:00-cv-700 (WWC)

Dear Sir/Madam:

　　Respectfully I submitted the withheld letter to notify the Honorable Court that I have changed addresses. The new address is as follows:

FCI Fort Dix (West)
P.O. Box 2000-5812
Fort Dix, N.J. 08640

Secondly, the Law Library here, at the time of this writing did not carry any uniform "SUMMONS IN A CIVIL ACTION." To which, I respectfully request the Honorable Court furnish the U.S. Marshal Form 285 to plaintiff herewith.

Thanking you in advance for your time, attention, and assistance.

Respectfully yours,

Marc Q. Jaynes