# AUTHORIZATION
(Prisoner's Account Only)

HARRISBURG, PA

MAY 22 2000

Case No. 00-CV-0700

MARY E. D'ANDREA, CLERK
Per

> **NOTE:** Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __Mark Barnes__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __5-15__, __2000__

__Mark A. Barnes__
Signature of Prisoner

Mark A. Garnes
Reg. No. 24646-053
P.O. Box 7000-S812
Fort Dix, N.J.
08640

May 15th, 2000

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Re: Mark Garnes v. Janet Reno, et al.
    00-CV-0700 (WWC)

Dear Sir/Madam:

I enclose the court's form application to proceed in forma pauperis and the authorization form to deduct funds from my

prison trust fund account.

Furthermore, I note here that the address change of present is:

FCI - Fort Dix
P.O. Box 7000 - S812
Fort Dix, N.J. 08640.

Plaintiff here prays a grace period is permitted regarding Hon. W.W. Caldwell's order of April 27, 2000, in that, plaintiff fully complete and return the enclosed to the court within twenty (20) days.

Respectfully yours,
Mark A. Garnes
MARK A. GARNES