OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT of PENNSYLVANIA
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

(570) 207-5600  FAX (570) 207-5650

**MARY E. D'ANDREA**
Clerk of Court

*Divisional Offices*

Harrisburg:  (717) 221-3920
Williamsport: (570) 323-6380

September 29, 2000

**FILED
SCRANTON**

SEP 2 9 2000

PER _____
DEPUTY CLERK

Inmate Accounting
FCI-Fort Dix
P.O. Box 7000
Unit 5811
Ft. Dix, NJ 08640

Re: CV 00-0700
Garnes v Reno, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Mark Garnes, 24646-053, indicates that Mr. Garnes is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist