See Attachment

FILED
HARRISBURG, PA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NOV 20 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MARK GARNES,

    Plaintiff

v.

JANET RENO, ET AL.,

    Defendants

CIVIL NO. 1:CV-00-0700

(Judge Caldwell)

ORDER

AND NOW, this 20th day of November, 2000, it is ordered that Plaintiff's applications to proceed in forma pauperis (Doc. Nos. 2, 6) are construed as motions to proceed without full prepayment of fees and costs. The motions are granted.[1]

WILLIAM W. CALDWELL
United States District Judge

---

1. Garnes completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 20, 2000

Re: 1:00-cv-00700    Garnes v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Mark Garnes
FCI-FT DIX WEST
24646-053
P.O. Box 7000
Unit 5811
Ft. Dix, NJ  08640

```
cc:
Judge                            (✓)
Magistrate Judge                 ( )
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to: US Atty Gen    ( )   PA Atty Gen  ( )
                                         DA of County   ( )   Respondents  ( )
Bankruptcy Court                 ( )
Other_____      ( )
```

MARY E. D'ANDREA, Clerk

DATE: 11/20/00                                    BY: _____
                                                      Deputy Clerk