see att

15 pm
5/10/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

MAY 09 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

MARK GARNES,  :
  :
    Plaintiff  :
  :
v.  : CIVIL NO. 1:CV-00-0700
  :
JANET RENO, ET AL.,  : (Judge Caldwell)
  :
    Defendants  :

### ORDER

NOW, THIS 9th DAY OF MAY, 2001, upon consideration of Defendant Fegley's motion for an extension of time within which to file a response to the complaint, IT IS HEREBY ORDERED THAT: the said motion (Doc. 14) is GRANTED. Defendant shall file a response to the complaint on or before May 15, 2001.

WILLIAM W. CALDWELL
United States District Judge

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                             May 9, 2001
```

Re:  1:00-cv-00700    Garnes v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Mark Garnes
FCI-FT DIX WEST
24646-053
P.O. Box 7000
Unit 5811
Ft. Dix, NJ  08640

*[handwritten: dept'd case. / Late mench put in comp. / JS only]*

```
cc:
Judge                       (✓)           ( ) Pro Se Law Clerk
Magistrate Judge            ( )           ( ) INS
U.S. Marshal                ( )           ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Summons Issued              ( ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                to: US Atty Gen ( )    PA Atty Gen ( )
                                    DA of County ( )   Respondents ( )

Bankruptcy Court            ( )
Other_____    ( )
                                           MARY E. D'ANDREA, Clerk


DATE: ____5-9-01____              BY: _____[signature]_____
                                          Deputy Clerk
```