*seal*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

```
MARK GARNES,                        :
                                    :
            Plaintiff               :
                                    :   CIVIL NO. 1:CV-00-0700
      v.                            :
                                    :   (Judge Caldwell)
JANET RENO, et. al,                 :
                                    :
            Defendants              :
```

FILED
HARRISBURG, PA

MAY 21 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

ORDER

AND NOW, this 21st day of May, 2001, upon consideration of Defendant Fegley's Second Motion for Enlargement of Time within which to file a response to the complaint, it is ORDERED that the motion (Doc. No. 17) is granted. Defendant Fegley shall file a response to the complaint on or before May 29, 2001.

_____
William W. Caldwell
United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

May 21, 2001

Re: 1:00-cv-00700   Garnes v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

```
Mark Garnes
FCI-FT DIX WEST
24646-053
P.O. Box 7000
Unit 5811
Ft. Dix, NJ  08640

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108
```

```
cc:
Judge                         (✓)       (✓) Pro Se Law Clerk
Magistrate Judge              ( )       ( ) INS
U.S. Marshal                  ( )       ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen    ( )   PA Atty Gen ( )
                                        DA of County   ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____        ( )
```

MARY E. D'ANDREA, Clerk

DATE: 5-21-01                                       BY: _____
                                                        Deputy Clerk

Case 1:00-cv-00700-WWC-PT    Document 18    Filed 05/21/2001    Page 3 of 3