DMB:KLM:slg:2001V00253

**ORIGINAL**

FILED
HARRISBURG, PA

MAY 29 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MARK GARNES,            :
    Plaintiff      :
                        :
    v.             :   Civil No. 1:CV-00-0700
                        :   (Caldwell, J.)
JANET RENO, et al.      :
    Defendants     :

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Fegley asks this Court to enter summary judgment in his favor pursuant to Fed. R. Civ. P. 56(b). A brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5. Counsel certifies that she has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

KATE L. MERSHIMER
Assistant U.S. Attorney
SHELLEY GRANT
Paralegal Specialist
217 Federal Building
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108
717/221-4482

Dated: May 29, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MARK GARNES, :
      Plaintiff :
       :
      v. : Civil No. 1:CV-00-0700
       : (Caldwell, J.)
JANET RENO, et al., :
      Defendants :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 29, 2001, she served a copy of the attached

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Mark Garnes
Reg. No. 24646-053
FCI Ft. Dix West
P.O. Box 7000
Unit 5811
Ft. Dix, N.J. 08640

                                                     _____
                                                     SHELLEY L. GRANT
                                                     Paralegal Specialist