(25)

Mark A Garnes
Reg. No. 24646-053
P.O. Box 7000-SHU
FCI Fort Dix
Fort Dix, NJ 08640

July 3rd, 2001

Clerk of the Court
U.S. District Court
Middle District of Pa.
228 Walnut Street
Harrisburg, Pa. 17108

FILED
HARRISBURG, PA

JUL 11 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Re: Mark Garnes v. Charles Fegley  00-cv-0700

Dear Hon. Caldwell:

    I submit this letter of request for a stay to further litigate the matter encaptioned. Reasons for this delay is due to my placement in the Segregation Housing Unit for an investigation. Conduction of this investigation is headed by SIA O'Dell and Captain Maziana.

    To which, I have yet to have access

to my property.

Therefore, I respectfully request a stay to continue the litigation here before the Honorable Court upon my having access to my property, thus making such available for furtherance of the matter hereof.

Respectfully submitted,

Mark A. Garnes - Pro Se
Reg. No. 24646-053
P.O. Box 7000-SHU
FCI Fort Dix
Fort Dix, NJ 08640

# Certificate of Service

I, Mark Garnes, Plaintiff, Pro Se, hereby certify under penalty of perjury, pursuant to 28 USC section 1746, that I have mailed the Letter of Request for a Stay to the Clerk of the Court, U.S. District, Middle District of Pennsylvania, 228 Walnut, Harrisburg, PA. 17108.

July 3rd, 2001
Fort Dix, NJ

Mark A. Garnes - Pro Se
Reg. No. 24646-053
P.O. Box 7000-CHU
Fort Dix, NJ 08640