

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

**MARY E. D'ANDREA**
Clerk of Court

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

July 16, 2001

(717) 221-3920
FAX (717) 221-3959

Mark A. Garnes
No 24646-053
FCI-FT DIX WEST
P.O. Box. 7000
Unit 5811
Fort Dix, NJ 08640

**FILED**
HARRISBURG, PA

JUL 16 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

RE: Garnes v. Fegley,
    No. 1:CV-00-0700 (M.D. Pa.)

Dear Mr. Garnes:

Judge Caldwell has directed me to give you the following response to your letter, dated July 3, 2001, requesting a stay of further action in your case pending your release from investigative custody.

Please be advised that Judge Caldwell cannot act upon requests contained in letters. If you wish the court to grant you a stay in your case, you must file a motion. The motion must also be served on the Defendant.

A quick review of the procedural history of your case reveals cross-motions for summary judgment. I note that your response to defendant Fegley's motion was due on or before June 18, 2001. As for your own motion for summary judgment, defendant Fegley has opposed it and your opportunity to file a reply brief will expire on or about July 17, 2001.

The Judge would not be unreceptive to a request for an enlargement of time on your part, but if you wish an enlargement of time to file documents in opposition or support of either motion, the proper manner for doing so is to file a motion for enlargement of time, and serve it on the Defendant. In that motion, you should estimate how much of an enlargement you need.

Very truly yours,

Peter J. Welsh
Deputy in Charge