**ORIGINAL**

United States District Court
Middle District of Pennsylvania

Mark Garnes,
    Plaintiff,

v.                                00-cv-0700-1 (WWC)

Janet Reno, et al,
    Defendants.

FILED
HARRISBURG
AUG 0 3 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## Motion for an Enlargement of Time

COMES NOW, Mark Garnes, Plaintiff, Pro Se, hereby respectfully moves the Honorable Court for an Enlargement of Time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. To which, this request is due to the following:

1. Plaintiff currently being housed in the Segregation Housing Unit ("SHU"), for an Administrative Investigation does not have access to law library in whole, which will aid plaintiff most adequately for continued litigation needs;

2. Considering this investigation of a minimum of 90 days, it is here that Plaintiff presumes release may occur from the "SHU" detainment. Thus, permitting access to the institution's law library which surpasses the designated library for "SHU" by extensive and particular selections, for legal submissions.

To which, Plaintiff request for an enlargement of time til October 10th, 2001, to oppose the defendants Motion for Summary Judgment & oppositional reply to defendants opposing Plaintiff's Motion for Summary Judgment.

For the reasons set forth herewith, Plaintiff respectfully request that the withheld is granted in the interest of justice.

Respectfully submitted,

Mark A. Dannes

July 20, 2001
Fort Dix, New Jersey

Certificate of Service

I, Mark Garnes, Plaintiff, Pro Se, hereby certify under the penalty of perjury, pursuant to 28 U.S.C. Sec. 1746, that I have mailed via U.S. Mail, the original and four (4) copies of Plaintiff's Motion for an Enlargement of Time, to the Clerk of the Court. With an additional copy being forward to the defendant. Each of which has been forwarded to the following addresses, respectively:

| | |
|---|---|
| Clerk of the Court<br>U.S. District Court<br>Middle District of Pa.<br>228 Walnut Street<br>P.O. Box 983<br>Harrisburg, Pa. 17108 | Kate L. Mershimer, AUSA<br>U.S. District Court<br>Middle District of Pa.<br>228 Walnut Street<br>P.O. Box 11754<br>Harrisburg, Pa. 17108 |
| July 30, 2001<br>Fort Dix, New Jersey | _Mark A. Garnes_<br>Mark A. Garnes<br>Reg. No. 24646-053<br>P.O. Box 7000-SHU<br>FCI Fort Dix-West<br>Fort Dix, N.J. 08640 |