UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MARK GARNES,                          :
                                      :
            Plaintiff                 :
                                      :    CIVIL NO. 1:CV-00-0700
        v.                            :
                                      :    (Judge Caldwell)
JANET RENO, et. al,                   :
                                      :
            Defendants                :

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On August 3, 2001, pro se plaintiff Mark Garnes, filed a motion for enlargement of time to file a brief in opposition to defendant's motion for summary judgment and a reply brief supporting the defendant's challenge to his own motion for summary judgment.[1] In support of his motion, Garnes claims that he is currently housed in FCI-Fort Dix's segregated housing unit under administrative custody for investigative purposes and that he has limited access to legal research materials in that status. Garnes requests an enlargement of time until October 10, 2001, to file the identified documents. Although the time requested is lengthy,

---

[1] The court notes that Garne's response to defendant Fegley's motion was due on or before June 18, 2001, and that his opportunity to file a reply brief in response to defendant Fegley's opposition to his summary judgment expired on July 17, 2001.

because of plaintiff's status, we will grant his request but will not consider further delays.

AND NOW, this 8th day of August, 2001, it is ordered that:

1. Garnes' motion for an enlargement of time (doc. 27) is granted.

2. Plaintiff Garnes shall file a response in opposition to defendant Fegley's motion for summary judgment on or before October 10, 2001.

3. Plaintiff Garnes may file a reply brief in response to defendant Fegley's brief in opposition to Garnes' motion for summary judgment on or before October 10, 2001.

4. No further enlargements of time will be granted.

_____
WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 8, 2001

Re: 1:00-cv-00700    Garnes v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Mark Garnes
FCI-FT DIX WEST
24646-053
P.O. Box 7000
Unit 5811
Ft. Dix, NJ  08640

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

```
cc:
Judge                           (✓)            ( ) Pro Se Law Clerk
Magistrate Judge                ( )            ( ) INS
U.S. Marshal                    ( )            ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to: US Atty Gen    ( )    PA Atty Gen ( )
                                         DA of County   ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____8-8-01_____          BY: _____/s/_____
                                    Deputy Clerk