32
12/21/01

Mark A. Garnes
Reg. No. 24646-053
P.O. Box 10-Unit BB
FCI ELKTON
Lisbon, OH  44432

December 17th, 2001

Clerk of the Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA  17108

FILED
HARRISBURG

DEC 20 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

RE: Mark Garnes v. Charles Fegley   00-CV-0700 (WWC)

Dear Sir/Madam:

Plaintiff encaptioned above submits this notice

of changed address, new address as follows:

        Mark A. Garnes
        Reg. No 24646-053
    *   P.O. Box 10-Unit BB
        FCI ELKTON
        Lisbon, OH  44432