35

3/20/02

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MARK GARNES,                            :
                                        :
            Plaintiff                   :
                                        :    CIVIL NO. 1:CV-00-0700
            v.                          :
                                        :    (Judge Caldwell)
JANET RENO, et. al,                     :
                                        :
            Defendants                  :

O R D E R

AND NOW, this 19th day of March, 2002, it is ordered
that:

1.   Defendant Fegley's motion for summary
     judgment (doc. 19) is granted.

2.   Plaintiff Garnes' motion for summary
     judgment (doc 23) is denied.

3.   The Clerk of Court shall enter judgment in
     favor of defendant Fegley and against
     plaintiff Garnes and close this file.

William W. Caldwell
United States District Judge

FILED

MAR 1 9 2002

PER
HARRISBURG, PA.              DEPUTY CLERK