AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

Mark Garnes,
Plaintiff



FILED
MAR 19 2002
PER
HARRISBURG, PA.     DEPUTY CLERK

v.   CASE NUMBER: 1:CV-00-700

Fegley, (FNU) Inmate Systems Management,
Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the defendant, Fegley, (FNU) Inmate Systems Management and against the plaintiff, Mark Garnes.

Date: March 19, 2002

Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk