37
4/4




United States Court of Appeals
For The Third Circuit

Mark Garnes,
Appellant,

v. Docket No. 00-CV-0700(WWC)

Janet Reno, et al.,
Appellee.

FILED
HARRISBURG, PA
MAR 29 2002
MARY E. D'ANDREA, CLERK
Per
Deputy Clerk

NOTICE OF APPEAL

Appellant, Mark Garnes, hereby submit Notice to the Honorable Court of Appeal to the judgment issued by the Honorable Justice William W. Caldwell. Thus rendered on March 19th, 2002.

Respectfully Submitted,

DATED: March 26th, 2002
Lisbon, Ohio

Mark A. Garnes
MARK A. GARNES
Reg. No 24646-053
P.O. Box 10-SHU
FCI ELKTON
Lisbon, OHIO
44432

CERTIFICATE OF SERVICE

I, MARK GARNES, Appellant, hereby swear under the penalty of perjury pursuant to 28 USC 1746 that I have mailed the notice of appeal to the United States Court of Appeals for the Third Circuit. Such address being:

Clerk of the Court
United States Court of Appeals
For the Third Circuit
Market Street
Philadelphia, PA 19106

DATED: MARCH 26th 2002
Lisbon, OHIO

Mark A. Garnes

MARK A. GARNES
Reg. No. 24646-053
P.O. Box 10-SHU
FCI ELKTON
LISBON, OHIO
44432

**INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**HARRISBURG, PA**

**CAPTION:**
**Mark Garnes**

**Vs.**

**Janet Reno, et al.**

**DISTRICT COURT NO. 1:CV-00-700**

**CT. OF APPEALS NO. ___________**

**NOTICE OF APPEAL FILED March 29, 2002**

**COURT REPORTER(S) _____**

**FILING FEE:**

**NOTICE OF APPEAL ___PAID _x_NOT PAID ___SEAMAN**

**DOCKET FEE ___PAID _x_NOT PAID ___USA**

**CJA APPOINTMENT: (Attach Copy of Order)**

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

**LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> STATUS, IF APPLICABLE:**
(Attach Copy of Order)
_x_ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

**CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):**
(Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

**COPIES TO:**
Judge Caldwell
Mark Garnes
Kate Mershimer, Esquire
File Copy

**PREPARED BY Jill Cardile**
**Deputy Clerk**

**Date: April 4, 2002**




UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600 FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg: (717) 221-392
Williamsport: (570) 323-638

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**RE: Mark Garnes vs. Janet Reno, et al.**
**USDC NO: 1:CV-00-700**
**USCA NO:**
**E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1**

Dear Ms. Waldron:

A ***Notice of Appeal*** was filed in the above-referenced case.

__X__ **Civil Prisoner Case: Case file and docket sheet available through RACER.**

______ **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.**

______ **Non-Prisoner Civil Case or Criminal Case: Notice of Appeal and Docket Sheet available through RACER.**

_____ **Civil Prisoner Case: ___ Supplemental Record filed. Documents and docket sheet available through RACER.**

______ **Non-Prisoner Civil Case or Criminal Case: ____ Supplemental Record filed. Docket Sheet available through RACER.**

**The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.**

Very truly yours,

**s/ Jill Cardile**
Deputy Clerk

Date: April 4, 2002