

**03PAMMAIL01a**
04/04/02 02:29 PM

To: Gary Hollinger/PAMD/03/USCOURTS@USCOURTS, Peter Welsh/PAMD/03/USCOURTS@USCOURTS, Jill Cardile/PAMD/03/USCOURTS@USCOURTS
cc:
Subject: ALERT!  APPEAL FROM 3rd CIRCUIT

Please review attached Appeal ...



**Jill Cardile**
04/04/2002 03:29 PM

To: CA03db_PAMD Appeals@USCOURTS
cc: PAMDAPPEAL1/PAMD/03/USCOURTS@USCOURTS
Subject: 1:00cv700 Notice of Appeal

SEE ATTACHED

00cv700a.wp    00cv700b.fr

FILED
HARRISBURG, PA
APR 4 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk