39
4/9/02

OFFICE OF THE CLERK

MARCIA M. WALDRON
CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-(4920)

(April 8, 2002)

**NOTICE OF DOCKETING OF APPEAL**

FILED
HARRISBURG, PA
APR 8 2002
MARY E. D'ANDREA, CLERK
Per Deputy Clerk

**v.**

**No.: (District Court No. 00-cv-00700)**

**(Honorable William C. Caldwell)**

An appeal by **(Appellant Mark Garnes)** was filed in the above-caption case on (date), and docketed in this Court on (date), at No. **(02-1910)**.

Kindly use the Appeals Docket No. **(02-1910)** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **(Susan M. Acerba** at (Susan M_Acerba)@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**