OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

<u>Harrisburgh</u>   Clerk of District Court         Date   <u>April 24, 2002</u>
(District)

<u>Garnes v. Attorney General</u>                    C. of A. No. <u>02-1910</u>
(Caption)

<u>Mark A. Garnes</u>
(Appellant)

<u>00-cv-00700</u> Judge Caldwell
(D.C. No.)

RECEIVED
HARRISBURG, PA
APR 26 2002

MARY E. D'ANDREA, CLERK
Per _____

Enclosures:

<u>April 24, 2002</u>   Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

\*_____  Record

\*_____  Supplemental Record (First) (Second) (Third)

\*_____  Exhibits

\*_____  State Court Record

__XX____  **Copy of this form to acknowledge receipt and return to C. of A.**

_____  Record not returned at this time until appeal(s) closed at No.(s)_____

_____  Please forward Record to this office.

_____  The certified copy of order issued as the mandate on_____
          is recalled.

<u>Susan M. Acerba</u>   (267)-299-<u>4920</u>
Deputy Clerk         Telephone Number

\*_____  (267)-299-_____
Record Processor      Telephone Number

Receipt Acknowledge:

_____
(Name)
<u>4-26-02</u>
(Date)
Rev. 3/13/00
Appeals (Record)

EPS-174  April 23, 2002
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-1910

Garnes v. Attorney General
(M.D. Pa. No. 00-cv-00700)

FILED
HARRISBURG, PA

APR 26 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

---

The foregoing Motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $105.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Middle District of Pennsylvania. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Middle District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. See Third Circuit Internal Operating Procedures Chapter 10.6.

A True Copy:

_____
Marcia M. Waldron,
Clerk

For the Court,

_____
Clerk

Dated: April 24, 2002
SLC/cc: Mr. Mark Garnes
        Kate L. Mershimer, Esq.