41

```
Tue Jul  2 12:09:16 2002

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.   111 136730
Cashier        jill

Tender Type  CHECK

Check Number: 62266537

Transaction Type   AR

DØ Code   Div No    Acct
 4667       1      0869PL

Amount           $   26.25

U.S. TREASURY AUSTIN, TX

PARTIAL FILING FEE FOR APPEAL IN CV-
00-700


cn
```

1:CV-00-700

J. Caldwell

FILED
HARRISBURG, PA
JUL 2 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk