Mark A. Garnes
P.O. Box 10-FB
Reg. No. 24646-053
FCI Elkton
Lisbon, Ohio  44432

July 2nd, 2002

Clerk of the Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa.          17108

**RE: Mark Garnes v. Janet Reno, et al.,  00-CV-0700**

Dear Sir/Madam:

    Request for Docket Sheet in the above captioned matter.

    Thanking you in advance for your assistance herewith.

Respectfully yours,

Mark A. Garnes

**FILED**
HARRISBURG, PA
JUL 0 8 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk