OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

Divisional Offices

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

COPY 43
7/15/02
TS

July 12, 2002

Mr. Mark A. Garnes
#24646-053
FCI-Elkton
P.O. Box 10-FB
Lisbon, OH 44432

Re:  Garnes v. Reno, et al., Civil No. 1:CV-00-0700

Dear Mr. Garnes:

I am writing in response to your letter of July 2, 2002 regarding the case referenced above. Enclosed for your information is a current docket sheet. Although there is usually a $.50 per page charge for copies, this copy is being provided to you on this one occasion free of charge.

Sincerely,

Lois A. Fuller
Pro Se Writ Clerk

laf
Enclosure

FILED
SCRANTON

JUL 1 5 2002

PER _____
       DEPUTY CLERK