JUDGE'S COPY

Mark A. Garnes
Reg. No. 24646-053
P.O. Box 1000-A1
Federal Correctional
Institution
Cumberland, Maryland
21501

August 12th, 2002

Clerk of the Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

RE: Mark Garnes v. Janet Reno, et al. 00-CV-0700 (WWC)

Dear Sir/Madam:

Submission here for request of docket sheet in matter in RE:
Thanking you in advance to the held.

Respectfully yours,
Mark A. Garnes
Mark A. Garnes

FILED
HARRISBURG, PA
AUG 1 9 2002
MARY E. D'ANDREA, CLERK
Per _____

Mark Gaines
Reg. No. 24646-053
P.O. Box 1000 -A1
Federal Correctional
Institution
Cumberland, MD
21501

Clerk of the Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA


