


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

September 4, 2002

FILED
SCRANTON

SEP 9 2002

PER _____
        DEPUTY CLERK

Mr. Mark Garnes
#24646-053
FCI-Elkton
P.O. Box 10 - Unit BB
Lisbon, OH 44432-0010

Re: <u>Garnes v. Reno, et al.</u>, Civil No. 1:CV-00-0700

Dear Mr. Garnes:

I am writing in response to your recent letter in which you request a docket sheet for the case referenced above.

Please be advised that the Clerk's Office does not usually provide free copies to individuals except by order of court. However, we did provide you with a copy of your docket sheet free of charge on July 12, 2002. Copies are available to the public at a cost of $.50 per page. The docket sheet is eight (8) pages, therefore, the cost for a copy is $4.00, which must be paid in advance.

Upon receipt of your check or money order payable to the Clerk of Court, we will forward the copies to you.

Sincerely,

Lois A. Fuller

Lois A. Fuller
Pro Se Writ Clerk

laf