JUDGE'S COPY

Mark A. Garnes
Reg. No. 24646-053
P.O. Box 1000-A-1
FCI Cumberland
Cumberland, Maryland
                21501

August 28th, 2002

FILED
HARRISBURG, PA

SEP 1 0 2002

MARY E. D'ANDREA, CLERK
Per_____
         Deputy Clerk

Clerk of the Court
United States Distirct Court
Middle District of Pennsylvania
P.O. Box 983
228 Walnut Street
Harrisburg, Pa.        17108

**RE: Mark Garnes v. Janet Reno, et al.,  02-1910/00-CV-0700 (WWC)**

Dear Sir/Madam:

   I, the above noted submits the held in request for the "Forwarding of the Record" purusant to Rule 11 of the Federal Rules of Appellate Procedure.  In addition, I request the entire file in accord to the matter being before the Honorable William W. Caldwell is incorporated for plenary review therein the Court of Appeals for the Third Circuit, in accord to Rule 10(a)(1-3).

   Thanking you in advance to the held.

                                    Respectfully yours,

                                    Mark A. Garnes
                                    Mark A. Garnes

## CERTIFICATE OF SERVICE

    I, Mark Garnes, Plaintiff/Appellant, Pro Se, hereby swear under the penalty of perjury, purusant to 28 U.S.C. § 1746, that I have forward "Letter of Request" to the Clerk of the Court with regard to forwarding the Record and entire file to the Court of Appeals for the Third Circuit, with an additional copy being forward to the opposing party. Each of which has been forwarded to the following addresses, respectuully:

MAILED TO:

Clerk of Court
United States District Court
Middle District of Pennsylvania
P.O. Box 983
228 Walnut Street
Harrisburg, Pa.          17108

Kate L. Mershimer, AUSA
United States Attorneys Office
Room 217, Federal BUilding
228 Walnut Street
Harrisburg, Pa.     17108

DATED: August 30th, 2002
Cumberland, Maryland

*Mark A. Garnes* (signature)
Mark A. Garnes - Pro
Reg. No. 24646-053
P.O. Box 1000-A-1
FCI Cumberland
Cumberland, Maryland