

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MARK GARNES, :
:
    Plaintiff :
: CIVIL NO. 1:CV-00-0700
v. :
: (Judge Caldwell)
JANET RENO, et. al, :
:
    Defendants :



O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    Via order of March 19, 2002, the court granted defendant summary judgment in this case, which disposed of all pending matters, and directed the clerk to close the file. Garnes then filed an appeal which is pending before the Third Circuit.

    On August 27, 2002, Garnes filed a Motion to Order Prison Staff to Permit Legal Idle (doc. 45). However, since this matter is no longer before us, we have no jurisdiction to address Garnes' motion. Therefore, it will be dismissed as moot.

    AND NOW, this 11th day of October, 2002, it is ordered that Plaintiff's Motion to Order Prison Staff to Permit Legal Idle (doc. 45), is dismissed as moot.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge