**JUDGE'S COPY**

```
Mon Nov 25 14:00:20 2002

UNITED STATES DISTRICT COURT
SCRANTON         , PA

Receipt No.   111 137680
Cashier          jill

Tender Type  CHECK

Check Number: 12538723

Transaction Type   AR

OB Code    Div No      Acct
4667         1         0869PL

Amount              $    26.25

U.S. TREASURY AUSTIN, TX

PARTIAL FILING FEE FOR APPEAL IN CV-
00-700


cn
```

CV-00-700



FILED
HARRISBURG, PA
NOV 25 2002
MARY E. D'ANDREA, CLERK