UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MARK GARNES,  :
 :
    Plaintiff  :
 :  CIVIL NO. 1:CV-00-0700
v.  :
 :  (Judge Caldwell)
JANET RENO, et. al,  :
 :
    Defendants  :



O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    Via order of March 19, 2002, the court granted defendant summary judgment in this case, which disposed of all pending matters, and directed the clerk to close the file. Garnes then appealed that order to the Third Circuit. On November 21, 2002, the court of appeals dismissed Garnes' appeal as lacking an arguable basis in law or fact pursuant to 28 U.S.C. § 1915(e)(2)(B)(1).

    On November 21, 2002, Garnes filed the following motions: (1) motion for preliminary injunction (doc. 49); (2) motion for leave to amend complaint pursuant to Fed.R.Civ.P. 15 (doc. 50); and (3) motion pursuant to Fed. R. Civ. P. 8(a)(1)(doc. 51). However, since this matter is no longer before us, we have no jurisdiction to address Garnes' motion. Further, as the Third Circuit recently dismissed Garnes' appeal in this matter, Garnes' recent motions will be dismissed as there is no case pending.

AND NOW, this 3rd day of December, 2002, it is ordered that Plaintiff's motion for preliminary injunction (doc. 49), motion for leave to amend complaint pursuant to Fed. R. Civ. P. 15 (doc. 50), and motion pursuant to Fed. R. Civ. P. 8(a)(1)(doc. 51) are dismissed.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge