INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:
Mark Garnes

    Vs
Janet Reno, et al.

DISTRICT COURT NO. 1:CV-00-700

CT. OF APPEALS NO. _____

NOTICE OF APPEAL FILED January 6, 2003

COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL \_\_\_PAID  _X_ NOT PAID  \_\_\_SEAMAN

DOCKET FEE       \_\_\_PAID  _X_ NOT PAID  \_\_\_USA

CJA APPOINTMENT: (Attach Copy of Order)

\_\_ PRIVATE ATTORNEY
\_\_ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
\_\_ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
    (Attach Copy of Order)
\_\_ MOTION GRANTED (IN FIRST INSTANCE)
\_\_ MOTION DENIED (IN FIRST INSTANCE)
\_\_ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
    (Attach copy of Order)
\_\_ GRANTED
\_\_ DENIED
\_\_ PENDING

COPIES TO:
Judge Caldwell
Mark Garnes
Kate Mershimer, Esquire
Pro Se Law Clerk
File Copy

PREPARED BY __Jill Cardile__
                Deputy Clerk

Date: January 14, 2003



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

MARY E. D'ANDREA
Clerk of Court

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

Divisional Offices:

Harrisburg:    (717) 221-392
Williamsport: (570) 323-638(

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

**RE: Mark Garnes vs. Janet Reno, et al.**
  **USDC NO: 1:CV-00-700**
  **USCA NO:**
  **E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

| | |
|---|---|
| __X__ | **Civil Prisoner Case:** Case file and docket sheet available through RACER. |
| _____ | **Non-Prisoner *Pro Se* Civil Case:** Notice of Appeal and Docket Sheet available through RACER. |
| _____ | **Non-Prisoner Civil Case or Criminal Case:** Notice of Appeal and Docket Sheet available through RACER. |
| _____ | **Civil Prisoner Case:** ___ Supplemental Record filed. Documents and docket sheet available through RACER. |
| _____ | **Non-Prisoner Civil Case or Criminal Case:** ____ Supplemental Record filed. Docket Sheet available through RACER. |

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ **Jill Cardile**
Deputy Clerk

Date: January 14, 2003

Mark A. Garnes
Reg. No. 24646-053
P.O. Box 1000-A1
FCI Cumberland
Cumberland, Maryland
21502



December 23rd, 2002

Clerk of the Court
United States Court of Appeals
For the Third Circuit
601 Market Street
Philadelphia, Pa.       19106

**RE: Mark Garnes v. Janet Reno, et al., 02-1910**

Dear Sir/Madam:

    Per the district court's order thereto Appellant/Petitioner's Motion for Preliminary Injunction; Motion for Leave to Amend Complaint pursuant Rule 15 and Motion pursuant to Rule 8(a)(1) being dismissed, here attached. Thus, per the Court of Appeals directive that the matter must be adjudicated in the first instance before being heard accordingly, Petitioner here now submits, respectfully that the Court of Appeals here the aforementioned Motions due to the dismissal thereby the district court.

    Thanking you in advance to the held.

Respectfully yours,

Mark A. Garnes

## CERTIFICATE OF SERVICE

I, Mark A. Garnes, Petitioner/Appellant/Plaintiff, Pro Se, hereby swears under the penalty of perjury pursuant to 28 U.S.C. § 1746, that I have forward to the Clerk of the Court, a Letter of Request to Consider Appellant/Petitioner's Motion pursuant to Rule 8(a); 15(c); and Preliminary Injunction. With an additonal copy being forward to opposing counsel. Each of which has been forward to the following addresses, respectively:

MAILED TO:

CLERK OF THE COURT
United States Court of Appeals
For the Third Circuit
601 Market Street
Philadelphia, Pa.          19106

Kate L. Mershimer, AUSA
United States District Court
Middle District of Pa.
228 Walnut Street, Room 217
Harrisburg, Pa.   17108


DATED: December 30th, 2002
Cumberland, Maryland

_Mark A. Garnes_
Mark A. Garnes - Pro Se
Reg. No. 24646-053
P.O. Box 1000-A1
FCI Cumberland
Cumberland, Maryland
                21502

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MARK GARNES,

    Plaintiff

v.

JANET RENO, et. al,

    Defendants

CIVIL NO. 1:CV-00-0700

(Judge Caldwell)

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    Via order of March 19, 2002, the court granted defendant summary judgment in this case, which disposed of all pending matters, and directed the clerk to close the file. Garnes then appealed that order to the Third Circuit. On November 21, 2002, the court of appeals dismissed Garnes' appeal as lacking an arguable basis in law or fact pursuant to 28 U.S.C. § 1915(e)(2)(B)(1).

    On November 21, 2002, Garnes filed the following motions: (1) motion for preliminary injunction (doc. 49); (2) motion for leave to amend complaint pursuant to Fed.R.Civ.P. 15 (doc. 50); and (3) motion pursuant to Fed. R. Civ. P. 8(a)(1)(doc. 51). However, since this matter is no longer before us, we have no jurisdiction to address Garnes' motion. Further, as the Third Circuit recently dismissed Garnes' appeal in this matter, Garnes' recent motions will be dismissed as there is no case pending.

AND NOW, this 3rd day of December, 2002, it is ordered that Plaintiff's motion for preliminary injunction (doc. 49), motion for leave to amend complaint pursuant to Fed. R. Civ. P. 15 (doc. 50), and motion pursuant to Fed. R. Civ. P. 8(a)(1)(doc. 51) are dismissed.

WILLIAM W. CALDWELL
United States District Judge