## Return Receipt

Your document: 1:00cv700 Notice of Appeal

was received by: Nicole Bruno/CA03/03/USCOURTS

at: 01/14/2003 02:53:42 PM

**FILED**
HARRISBURG, PA

JAN 1 4 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk