OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-(4920)

(January 23, 2003)

NOTICE OF DOCKETING OF APPEAL
MARK GARNES, Appellant

v.

ATTORNEY GENERAL USA
No.: (District Court No. 00-cv-00700)

(Honorable William W. Caldwell)

FILED
HARRISBURG, PA
JAN 2 3 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

An appeal by **(Mark Garnes)** was filed in the above-caption case on (1/6/03), and docketed in this Court on (January 23, 2003), at No. **(03-1143)**.

Kindly use the Appeals Docket No. **(03-1143)** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **(Susan M. Acerba)** at (Susan M._Acerba)@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**