OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

<u>Harrisburg</u>           Clerk of District Court           Date  <u>February 13, 2003</u>
    (District),

<u>Garnes v. Atty Gen USA</u>                               C. of A. No. <u>03-1143</u>
   (Caption)

<u>Mark Garnes</u>
   (Appellants)

<u>00-cv-00700  J. Caldwell</u>
   (D.C. No.)

Enclosures:

<u>February 13, 2003</u>           Certified copy of C. of A. Order by the Clerk
   (Date)

_____ Returned (Record)(Supplemental Record - First)

____XX____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____
           is recalled.

                                    <u>Shannon L. Craven</u>     <u>(267)-299-4959</u>
                                       Deputy Clerk         Telephone Number

Receipt Acknowledge:
<u>Ack'd</u>
  (Name)
<u>2/18/03</u>
  (Date)

                                              Rev. 3/13/00
                        Appeals (Certified List in Lieu of Record)

RECEIVED FEB 18 2003 PER HARRISBURG, PA. DEPUTY



EPS-150                                                           February 12, 2003


### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 03-1143

Garnes vs. Attorney General USA

FILED
HARRISBURG, PA
FEB 18 2003
MARY E. D'ANDREA, CLE
Per _____

(Middle-Harrisburg D.C. No. 00-cv-00700)

Present:    Marcia M. Waldron, Clerk

Submitted is appellant's affidavit in support of motion to proceed in forma pauperis, which is treated as a motion for leave to appeal in forma pauperis, pursuant to Rule 24, Federal Rules of Appellate Procedure. in the above-captioned case.

MMW/ghb

_____O R D E R_____

The foregoing motion to proceed in forma pauperis is granted. Appellant filed a notice of appeal on January 6, 2003. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $105.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the **Clerk of the Middle District of Pennsylvania**. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the **Clerk of the Middle District of Pennsylvania** equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as affirmance of the order of the District Court. See Third Circuit Internal Operating Procedure 10.6.

Garnes vs. Attorney General USA
Page Two

No. 03-1143

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Dated: February 13, 2003
SLC/cc: Mr. Mark Garnes #24646-053
        Kate L. Mershimer, Esq.