Mark A. Garnes
Reg. No. 24646-053
P.O. Box 1000-A1
FCI Cumberland
Cumberland, Maryland
21502

FILED
HARRISBURG, PA

MAR 4 2003

MARY E. D'ANDREA, CL
Per _____
         Deputy Clerk

1-00-cv-700

February 10th, 2003

Clerk of the Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, Pa.         17108

**RE: Mark Ganes v. Attorney General of the United States   03-1143**

Dear Sir/Madam:

Submission of the held is for request of the Record of Appeal pursuant to Rule 10(a) of the Federal Rules of Appellate Procedure to be forward to the Court of Appeals for the Third Circuit relevant to the Appeal being taken here now.

However, this instant matter above encaptioned was formerly titled 02-1910, however, the matter derives from Hon. Judge William W. Caldwell, Docket Number 00-CV-0700, whether the Court of Appeals has received the Record of Appeal previously, I request that all original papers pertaining to the Complaint, Summary Judgments, Motions pursuant to Rule 15(a); 8: and 65 are forward to the Court of Appeals accordingly.

Thanking you in advance to the held.

Respectfully yours,

Mark A. Garnes

