

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

---

*14601 Burbridge Road, S.E.*
*Cumberland, Maryland 21502*

May 12, 2003

FILED
HARRISBURG, PA

MAY 2 2 2003

MARY E. D'ANDREA, CLERK
Per _____

Clerk, U.S. District Court
Mary E. D'Andrea, Clerk
United States District Court for the Middle District of Pennsylvania
228 Walnut Street, Room 1060
Harrisburg, PA 17108

Re: Mark Garnes 24646-053 v. Attorney General USA                1-00-cv-700
Docket No. 03-1143, District Court 00-cv-7000

Dear Ms. D'Andrea,

The purpose of this correspondence is to provide you with the status of the final payment for the Appellant.  Please note the following:

| | | |
|---|---|---|
| Balance Outstanding | $105.00 | |
| Initial Partial Filing Fee: | $69.75 | (Paid-Treasury Check #2221-13416185) |
| 20% Withholding February 2003: | $20.00 | (Paid-Treasury Check #2221-13589976) |
| 20% Withholding March 2003: | $12.80 | (Paid-Treasury Check #2221-64925526) |
| 20% Withholding April 2003: | $2.45 | |

**Balance due the Court as of 5/12/03:**          **$2.45**

As of 5/12/03, we are unable to forward the final payment for the Appellant due to the insufficient funding level in the Appellant's account.  The Appellant's current account balance is $1.17.  The 20% withholding for the month of April 2003, has been adjusted down to the final payment due.

Enclosed is a copy of the Appellant's account statement displaying the most recent activity in the Appellant's account.   In an attempt to comply with the Court's Order, we will monitor the Appellant's account and forward payment when sufficient funds are available.  Should you need further documentation or assistance, I can be contacted by calling the Institution at (301) 784-1000.

Sincerely,

Terry Day
Controller

CC: Mark Garnes #24646-053

# ACCOUNT STATEMENT

FCI CUMBERLAND—LIMITED OFFICAL USE

DATE 05/07/03
PAGE No.05

Account # 24646053

GARNES, MARK NMI
A1

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|-------------------------|--------|--------|
| 54DF25 | 12:10 | 04-06-03 | DEPOSIT ITS FUNDS | 10.00- | 264.32 |
| EN1495 | 9:58 | 04-07-03 | ENC. / DISCIPLINE | 12.80- | 264.32 |
| EN1495 | 9:58 | 04-07-03 | ENC. / DISCIPLINE | 12.80 | 264.32 |
| PF1403 | 9:59 | 04-07-03 | COMMISSARY FORM | 12.80- | 251.52 |
| 000040 | 17:25 | 04-08-03 | SALE / REGULAR | 80.75- | 170.77 |
| 5522CA | 18:27 | 04-08-03 | DEPOSIT ITS FUNDS | 7.00- | 163.77 |
| 556EF5 | 16:39 | 04-11-03 | DEPOSIT ITS FUNDS | 10.00- | 153.77 |
| S30445 | 17:15 | 04-15-03 | ENC. / SPECIAL ORDER | 3.50 | 153.77 |
| 000025 | 17:15 | 04-15-03 | SALE / REGULAR | 41.60- | 112.17 |
| EN1511 | 11:41 | 04-16-03 | ENC. / DISCIPLINE | 25.00- | 112.17 |
| PF1511 | 11:04 | 04-17-03 | ENC. / DISCIPLINE | 25.00 | 112.17 |
| PF1511 | 11:05 | 04-17-03 | ENC. / DISCIPLINE | 25.00- | 112.17 |
| EN1511 | 11:05 | 04-17-03 | ENC. / DISCIPLINE | 25.00 | 112.17 |
| PF1517 | 11:07 | 04-17-03 | COMMISSARY FORM | 25.00- | 87.17 |
| T15861 | 12:40 | 04-17-03 | MONEY ORDER | 50.00 | 137.17 |
| 560B68 | 21:50 | 04-17-03 | DEPOSIT ITS FUNDS | 7.00- | 130.17 |
| 000078 | 18:24 | 04-21-03 | SALE / REGULAR | 39.00- | 91.17 |
| 5695F3 | 16:36 | 04-24-03 | DEPOSIT ITS FUNDS | 11.00- | 80.17 |
| 000120 | 12:22 | 04-25-03 | SALE / REGULAR | 10.00- | 70.17 |
| 000037 | 17:24 | 04-29-03 | SALE / REGULAR | 30.75- | 39.42 |
| 000038 | 17:25 | 04-29-03 | SALE / REGULAR | 2.80- | 36.62 |
| 56EA68 | 17:55 | 04-29-03 | DEPOSIT ITS FUNDS | 6.00- | 30.62 |
| 573111 | 18:19 | 05-02-03 | DEPOSIT ITS FUNDS | 15.00- | 15.62 |
| 000046 | 17:55 | 05-06-03 | SALE / REGULAR | 14.45- | 1.17 |

**** TRANSACTION TOTAL ****   114.75-

| -----ENDING----- AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| 1.17 | .00 | .00 | .00 | 1.17 |

FCI CUMBERLAND-LIMITED OFFICAL USE

# ACCOUNT STATEMENT
DATE 05/07/03
PAGE No.04

Account # 24646053

GARNES, MARK NMI
A1

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|-------------------------|--------|--------|
| PF1037 | 9:24 | 02-13-03 | COMMISSARY FORM | 25.80- | 498.02 |
| 5033AC | 16:36 | 02-13-03 | DEPOSIT ITS FUNDS | 8.00- | 490.02 |
| 507682 | 18:16 | 02-15-03 | DEPOSIT ITS FUNDS | 10.00- | 480.02 |
| 000073 | 18:00 | 02-19-03 | SALE / REGULAR | 20.60- | 459.42 |
| T11483 | 13:51 | 02-20-03 | MONEY ORDER | 100.00 | 559.42 |
| EN1385 | 12:45 | 02-21-03 | ENC. / DISCIPLINE | 1.60- | 559.42 |
| EN1391 | 12:50 | 02-21-03 | ENC. / DISCIPLINE | 2.40- | 559.42 |
| 000048 | 17:35 | 02-26-03 | SALE / REGULAR | 23.40- | 536.02 |
| EN1401 | 9:41 | 02-27-03 | ENC. / DISCIPLINE | .80- | 536.02 |
| EN1412 | 9:46 | 02-27-03 | ENC. / DISCIPLINE | 2.40- | 536.02 |
| EN1413 | 15:13 | 02-27-03 | ENC. / DISCIPLINE | 69.75- | 536.02 |
| EN1413 | 15:13 | 02-27-03 | ENC. / DISCIPLINE | 69.75 | 536.02 |
| PF1107 | 15:13 | 02-27-03 | COMMISSARY FORM | 69.75- | 466.27 |
| 516463 | 18:46 | 02-28-03 | DEPOSIT ITS FUNDS | 9.00- | 457.27 |
| 519CA3 | 10:19 | 03-02-03 | DEPOSIT ITS FUNDS | 10.00- | 447.27 |
| 51B7DA | 22:41 | 03-02-03 | DEPOSIT ITS FUNDS | 10.00- | 437.27 |
| 000004 | 16:46 | 03-03-03 | SALE / REGULAR | 10.30- | 426.97 |
| 000075 | 17:08 | 03-05-03 | SALE / REGULAR | 32.20- | 394.77 |
| EN1437 | 8:54 | 03-07-03 | ENC. / DISCIPLINE | 20.00- | 394.77 |
| EN1437 | 8:54 | 03-07-03 | ENC. / DISCIPLINE | 20.00 | 394.77 |
| PF1163 | 8:54 | 03-07-03 | COMMISSARY FORM | 20.00- | 374.77 |
| 525BA2 | 19:06 | 03-08-03 | DEPOSIT ITS FUNDS | 14.00- | 360.77 |
| EN1391 | 13:30 | 03-10-03 | ENC. / DISCIPLINE | 2.40 | 360.77 |
| EN1385 | 13:30 | 03-10-03 | ENC. / DISCIPLINE | 1.60 | 360.77 |
| EN1412 | 13:30 | 03-10-03 | ENC. / DISCIPLINE | 2.40 | 360.77 |
| EN1401 | 13:30 | 03-10-03 | ENC. / DISCIPLINE | .80 | 360.77 |
| PF1166 | 13:43 | 03-10-03 | COMMISSARY FORM | 2.40- | 358.37 |
| PF1166 | 13:43 | 03-10-03 | COMMISSARY FORM | 1.60- | 356.77 |
| PF1166 | 13:43 | 03-10-03 | COMMISSARY FORM | 2.40- | 354.37 |
| PF1166 | 13:43 | 03-10-03 | COMMISSARY FORM | .80- | 353.57 |
| 000117 | 17:48 | 03-12-03 | SALE / REGULAR | 68.85- | 284.72 |
| 53131B | 15:18 | 03-15-03 | DEPOSIT ITS FUNDS | 14.00- | 270.72 |
| 000038 | 17:43 | 03-19-03 | SALE / REGULAR | 10.00- | 260.72 |
| 000106 | 12:16 | 03-21-03 | SALE / REGULAR | 10.00- | 250.72 |
| EN1460 | 15:20 | 03-25-03 | ENC. / DISCIPLINE | .40- | 250.72 |
| EN1460 | 9:23 | 03-26-03 | ENC. / DISCIPLINE | .40 | 250.72 |
| PF1336 | 9:26 | 03-26-03 | COMMISSARY FORM | .40- | 250.32 |
| T14197 | 13:14 | 03-26-03 | MONEY ORDER | 50.00 | 300.32 |
| T14212 | 13:16 | 03-26-03 | MONEY ORDER | 14.00 | 314.32 |
| S30445 | 15:21 | 03-30-03 | ENC. / SPECIAL ORDER | 3.50- | 314.32 |
| 5441E9 | 22:09 | 03-31-03 | DEPOSIT ITS FUNDS | 5.00- | 309.32 |
| 5450F1 | 16:36 | 04-01-03 | DEPOSIT ITS FUNDS | 5.00- | 304.32 |
| 546403 | 21:49 | 04-01-03 | DEPOSIT ITS FUNDS | 15.00- | 289.32 |
| 000065 | 11:58 | 04-04-03 | SALE / REGULAR | 15.00- | 274.32 |