APS-105

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-1143

MARK GARNES,
Appellant

v.

JOHN ASHCROFT, United States Attorney General;
KATHLEEN HAWK, Director, United States Bureau of Prisons;
JAKE MENDEZ, Warden; MICHAEL ZENK, Warden;
HOLDER, (FNU), Warden; MIKE NELSON, Internal Affairs,
Division; CONNIE STEVENS, Internal Affairs Division;
VERNON, (LNU), Internal Affairs Division; ZODA, (FNU),
LIEUTENANT; T. SHIMKUS, United Manager; GUYER, C.O.
Correctional Officer; W. H. LANE, Education, Officer;
R. ENDERS, Education Technician; FEGLEY, (FNU)
Inmate Systems, Management; (FNU)(LNU), Inmate Systems
Management

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 00-cv-00700)
District Judge: Honorable William W. Caldwell

Submitted For Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
February 5, 2004

Before: SLOVITER, ROTH AND AMBRO, <u>CIRCUIT JUDGES</u>

## JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B). On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the appeal is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*
Clerk

DATED: February 27, 2004

Certified as a true copy and issued in lieu of a formal mandate on APR 19 2004

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit